1  DOWNEY BRAND LLP
   TREVEN I. TILBURY (Bar No. 210052)
2  JENNIFER L. WILLIAMS (Bar No. 261037)
   621 Capitol Mall, 18th Floor
3  Sacramento, CA  95814-4731
   Telephone:    (916) 444-1000
4  Facsimile:    (916) 444-2100
   ttilbury@downeybrand.com
5  jwilliams@downeybrand.com

6  Attorneys for Plaintiff and Counter-Defendant
   WASTE CONNECTIONS OF CALIFORNIA, INC.,
7  d/b/a/ GREENTEAM OF SAN JOSE

**IT IS SO ORDERED**
*Judge James Ware*
3/2/2011

8        IN THE UNITED STATES DISTRICT COURT FOR THE

9        NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

10

11 | WASTE CONNECTIONS OF CALIFORNIA, INC., a California corporation, d/b/a/ GREENTEAM OF SAN JOSE, | CASE NO.  C09 05345 JW HRL

12 |  | **REQUEST FOR DISMISSAL OF CLAIMS AND DEFENDANTS**
13 |  | [Fed. R. Civ. 41(a)]
14 | Plaintiff, |

15 | v. | Date:        TBD, 2011
                Time:        9:00 a.m.
16 | DOXA CONSTRUCTION AND DEVELOPMENT, INC., et al. | Courtroom:   8
                                                       Judge:       Hon. James Ware

17 | Defendants. | Action Filed:   September 11, 2009

18

19 | DOXA CONSTRUCTION AND DEVELOPMENT, INC., et al.

20 | Counter-Claimants,

21 | v.

22 | WASTE CONNECTIONS OF CALIFORNIA, INC., a California corporation, d/b/a/ GREENTEAM OF SAN JOSE, et al.

23

24 | Counter-Defendants.

25

26  / / /

27  / / /

28  / / /

1142529.2

REQUEST FOR DISMISSAL OF CLAIMS AND DEFENDANTS

Plaintiff WASTE CONNECTIONS OF CALIFORNIA, INC., d/b/a/ GREENTEAM OF SAN JOSE, ("Waste Connections") hereby requests, pursuant to 41(a) of the Federal Rules of Civil Procedure, an order (1) dismissing defendant ROGER OLIVER ("Oliver") from this action; and (2) dismissing the following claims from this action:

1. Third Cause of Action for fraud against Oliver and defendant DOXA CONSTRUCTION AND DEVELOPMENT, INC. ("DoxA Construction");

2. Fourth Cause of Action for unfair competition against Oliver and DoxA Construction;

3. Fifth Cause of Action for conversion against Oliver and DoxA Construction;

4. Sixth Cause of Action for breach of contract against Oliver and DoxA Construction;

5. Seventh Cause of Action for breach of the covenant of good faith and fair dealing against Oliver and DoxA Construction;

6. Eight Cause of Action for common count of indebitatus assumpsit against Oliver and DoxA Construction;

7. Ninth Cause of Action for quantum meruit and/or unjust enrichment against Oliver and DoxA Construction; and

8. Tenth Cause of Action for breach of contract against defendants JOSEPH BENENATI and WESTERN STATES ERECTORS, INC.

Together with the Court's ruling granting Plaintiff's Motion for Partial Summary Judgment and Motion for Default Judgment, this dismissal will result in every cause of action having been addressed so that final judgment may be entered.

DATED: February __, 2011         DOWNEY BRAND LLP

                                 By: _____
                                     TREVEN L. TILBURY
                                     Attorneys for Plaintiff and Counter-Defendant
                                     WASTE CONNECTIONS OF CALIFORNIA,
                                     INC., d/b/a/ GREENTEAM OF SAN JOSE

1142529.2                        1

REQUEST FOR DISMISSAL OF CLAIMS AND DEFENDANTS